UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

DOWLAT RAMPERSAUD,

                              Plaintiff,                      16-CV-03636 (SN)

       -against-                          **ORDER OF DISMISSAL**

940 CORP., et al,

                              Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In this Fair Labor Standards Act case, the parties appeared before the Court on January 17, 2017, for a settlement conference, at which they agreed to the terms of a settlement in principle. Counsel for the parties submitted their proposed settlement agreement on March 20, 2017. See ECF No. 39.

      Having reviewed the proposed settlement under the standard set forth in Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015), the Court determines that it is fair and reasonable. The settlement is approved and this action is dismissed with prejudice. The Clerk of the Court is directed to close this case.

**SO ORDERED.**

                                                                  _____
                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:   March 24, 2017
              New York, New York